UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELINA PHIPPS, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS BROTHERS GROUP, INC., a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2-18-cv-10010- SJO (RAOx)<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER AND FRE 502(D) AND (E) CLAWBACK ORDER**<br><br>Complaint Filed: September 5, 2018 (Los Angeles Superior Court)<br><br>Trial Date: None Set |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

1

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

The Parties' Stipulation Re Protective Order and FRE 502(D) and (E) Clawback Order is hereby entered in its entirety as the order of this Court.

Dated: April 9, 2019

_____
HON. ROZELLA A. OLIVER
U. S. MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468