UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 18-10010-JFW(RAOx)** | Date: May 29, 2020 |
| Title: | Delina Phipps -v- Brooks Brothers Group, Inc., et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PLAINTIFF DELINA PHIPP'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [filed 5/1/2020; Docket No. 27]

    On May 1, 2020, Plaintiff Delina Phipps ("Plaintiff") filed a Motion for Preliminary Approval of Class Action Settlement ("Motion").  No Opposition was filed. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for June 1, 2020 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    For the reasons stated in the moving papers, the Court **GRANTS** Plaintiff's Motion.  The Court approves and signs, as modified, the Proposed Order Granting Motion for Preliminary Approval of Settlement [Docket No. 26-5] ("Proposed Order") lodged with the Court on May 1, 2020.  The Proposed Order identified the wrong courtroom as the location for the Final Approval Hearing.  The Court has modified the Proposed Order to correctly state that the Final Approval Hearing is scheduled in Courtroom 7A, not Courtroom 10C.  Class Counsel shall correct the Notice of Settlement, and all other relevant documents, to include the correct location for the Final Approval Hearing.

    IT IS SO ORDERED.